IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL W. KENT,

    Plaintiff,

vs.                                CASE NO. 3:10cv449/RS-CJK

FAST AND FREE INDUSTRIES,
INC. and TH0MAS L. JONES,

    Defendants.

_____/

## ORDER

Before me is Plaintiff's Response To Order To Show Cause (Doc. 15).

**IT IS ORDERED** that Plaintiff's counsel shall cause process to be properly served upon Defendants not later than May 9, 2011.

**ORDERED** on March 23, 2011.

                                     /S/ Richard Smoak
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**