UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RANDALL W. KENT,**

    **Plaintiff,**

**v.**                                   **CASE NO. 3:10-cv-449-RS-MD**

**FAST AND FREE INDUSTRIES, INC.
and THOMAS JONES,**

    **Defendants.**
_____/

### ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 24). The case is dismissed without prejudice. The Clerk is directed to close the file.

**ORDERED** on December 8, 2011.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**